AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Dick V. Lalowski

|  |  |
|---|---|
| CASE NUMBER: | 08CV3780 |

V.

City of Des Plaines; Des Plaines Board of Fire &
Police Commissioners; James Prandini, individually
and as Chief of Police for City of Des Plaines

|  |  |
|---|---|
| ASSIGNED JUDGE: | JUDGE ZAGEL |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE DENLOW |

TO: (Name and address of Defendant)

James Prandini
1420 Miner Street
Des Plaines, Illinois 60016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Reimer & Associates LLC
15 Spinning Wheel Road, Suite 310
Hinsdale, Illinois 60521

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Girley*
-----------------------------------
(By) DEPUTY CLERK



July 2, 2008
-----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 7-14-08 |
| NAME OF SERVER (PRINT) Ricky Hong | TITLE | PI |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.    COMMUNICATION DISPATCH OFFICER

Name of person with whom the summons and complaint were left: J. Paul Accepted for chief

IN POLICE DEPT 7-14-08 @ 12:35 PM

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-14-08          _____
                Date                Signature of Server

P.O. Box 113
Lemont, IL 60439
*Address of Server*

"OFFICIAL SEAL"
Kristine I Kowalczyk
Notary Public, State of Illinois
My Commission Expires January 22, 2012

Kristine I Kowalczyk 7-14-08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Dick V. Lalowski

|  |  |
|---|---|
| CASE NUMBER: | 08CV3780 |
| V. | |
| ASSIGNED JUDGE: | JUDGE ZAGEL |

City of Des Plaines; Des Plaines Board of Fire &
Police Commissioners; James Prandini, individually
and as Chief of Police for City of Des Plaines

DESIGNATED        MAGISTRATE JUDGE DENLOW
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Des Plaines Board of Fire & Police Commissioners
c/o Randy Johnson, Chairman
1420 Miner Street
Des Plaines, Illinois 60016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Reimer & Associates LLC
15 Spinning Wheel Road, Suite 310
Hinsdale, Illinois 60521

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**July 2, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE  7-14-08 @ 12³⁰ P.M. |
|---|---|
| NAME OF SERVER *(PRINT)*  Richey Marc | TITLE  P.I. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:  _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MAYORS SECRETARY DONNA CATLETT ACCEPT PERSONAL SERVICE @ 12:30 PM IN MAYOR OFFICE AT CITY HALL Lockport, IL

☐ Returned unexecuted:  _____

_____

_____

☐ Other (specify):  _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-14-08
_____
Date

*Signature of Server*

P.O. Box 113
Lockport, IL 60439
_____
*Address of Server*

"OFFICIAL SEAL"
Kristine I Kowalczyk
Notary Public, State of Illinois
My Commission Expires January 22, 2012

Kristine I Kowalczyk  7-14-08

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Dick V. Lalowski

|  |  |
|---|---|
| CASE NUMBER: | 08CV3780 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | JUDGE ZAGEL |

City of Des Plaines; Des Plaines Board of Fire &
Police Commissioners; James Prandini, individually
and as Chief of Police for City of Des Plaines

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE DENLOW |

TO: (Name and address of Defendant)

City of Des Plaines
c/o Mayor Tony Arredia
1420 Miner Street
Des Plaines, Illinois 60016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Reimer & Associates LLC
15 Spinning Wheel Road, Suite 310
Hinsdale, Illinois 60521

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_Nadine Hurley_

-------------------------------

(By) DEPUTY CLERK

**July 2, 2008**

-------------------------------

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-14-08 |
| NAME OF SERVER (PRINT) Ricley Hare | TITLE P.I. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Donna Catlott Secy. To Mayor of DesPlaines Personally Accepted @ 12:30PM in Mayor Office.

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-14-08
_____
Date

Signature of Server

P.O. Box 113
Lemont, IL 60439
_____
Address of Server

"OFFICIAL SEAL"
Kristine I Kowalczyk
Notary Public, State of Illinois
My Commission Expires January 22, 2012

Kristine I. Kowalczyk 7-14-08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.