**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                     Case Number: 08 C 3780

Dick V. Lalowski

v.

City of Des Plaines, Illinois, a municipal corporation; Des Plaines Board of Fire & Police Commissioners, a municipal corporation, James Prandini, individually and as Chief of Police for the City of Des Plaines

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CITY OF DES PLAINES and JAMES PRANDINI

| | |
|---|---|
| NAME (Type or print) <br> s/ Ellen K. Emery | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>         s/ Ellen K. Emery | |
| FIRM: Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. | |
| STREET ADDRESS 140 South Dearborn Street, Sixth Floor | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6183693 | TELEPHONE NUMBER (312) 782-7606 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL           APPOINTED COUNSEL | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 12, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification to:

Richard J. Reimer
Keith A. Karlson
Richard J. Reimer & Associates, LLC
15 Spinning Wheel Road, Suite 310
Hinsdale, IL 60521
rreimer@rjrlaborlaw.com
kkarlson@rjrlaborlow.com

and

Charles E. Hervas
Jason W. Rose
Zrinka Rukavina
Hervas, Condon & Bersani, P.C.
333 West Pierce Road, Suite 195
Itasca, IL 60143
chervas@hcbattorneys.com
jrose@hcbattorneys.com
zrukavina@hcbatttorneys.com

       /s/ Ellen K. Emery
     ELLEN K. EMERY, Attorney Bar # 6183693
     One of the Attorneys for Defendants

     **ANCEL, GLINK, DIAMOND, BUSH,**
     **DICIANNI & KRAFTHEFER, P.C.**
     140 South Dearborn Street, Sixth Floor
     Chicago, Illinois  60603
     Telephone:    (312) 782-7606
     Facsimile:    (312) 782-0943 Fax
     E-Mail:  eemery@ancelglink.com