**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 3780 |

Dick V. Lalowski

v.

City of Des Plaines, Illinois, a municipal corporation; Des Plaines Board of Fire & Police Commissioners, a municipal corporation, James Prandini, individually and as Chief of Police for the City of Des Plaines

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CITY OF DES PLAINES and JAMES PRANDINI

---

NAME (Type or print)
s/ Lucy B. Bednarek

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Lucy B. Bednarek

FIRM: Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.

STREET ADDRESS 140 South Dearborn Street, Sixth Floor

CITY/STATE/ZIP Chicago, IL 60603

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6269389 | TELEPHONE NUMBER (312) 782-7606 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification to:

Richard J. Reimer
Keith A. Karlson
Richard J. Reimer & Associates, LLC
15 Spinning Wheel Road, Suite 310
Hinsdale, IL 60521
rreimer@rjrlaborlaw.com
kkarlson@rjrlaborlow.com

and

Charles E. Hervas
Jason W. Rose
Zrinka Rukavina
Hervas, Condon & Bersani, P.C.
333 West Pierce Road, Suite 195
Itasca, IL 60143
chervas@hcbattorneys.com
jrose@hcbattorneys.com
zrukavina@hcbatttorneys.com


  /s/ Lucy B. Bednarek
LUCY B. BEDNAREK, Attorney Bar # 6269389
One of the Attorneys for Defendants

**ANCEL, GLINK, DIAMOND, BUSH,
DICIANNI & KRAFTHEFER, P.C.**
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
Telephone:	(312) 782-7606
Facsimile:	(312) 782-0943 Fax
E-Mail:	lbednarek@ancelglink.com