UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DICK V. LALOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 08 CV 3780 |
| | ) | |
| CITY OF DES PLAINES, Illinois, a municipal Corporation, et al., | ) ) | Judge James B. Zagel |
| | ) | Magistrate Judge Denlow |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Richard J. Reimer                Charles E. Hervas
     Keith A. Karlson                 Jason W. Rose
     Richard J. Reimer & Assoc.       Zrinka Rukavina
     15 Spinning Wheel Rd., Suite 310 Hervas, Condon & Bersani, P.C.
     Hinsdale, IL  60521              333 Pierce Road, Suite 195
                                      Itasca, IL  60143

**PLEASE TAKE NOTICE** that on **August 26, 2008** I shall appear before the **Honorable James B. Zagel**, at the Dirksen Federal Building, 219 South Dearborn, **Room 2503** Chicago, Illinois, at **10:15 a.m.**, or as soon thereafter as counsel may be heard, and present to him/her or any judge sitting in his/her stead, **Defendants' Motion to Vacate Any Technical Default Judgments and For An Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

_____/s/ Lucy B. Bednarek_____

Lucy B. Bednarek
*ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.*
140 South Dearborn Street/6th Floor
Chicago, IL  60603
lbednarek@ancelglink.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys listed above.

/s/ Lucy B. Bednarek_____
Attorney for Defendant
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn, 6th Floor
Chicago, Illinois 60603
(312) 782-7606
lbednarek@ancelglink.com