IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DICK V. LALOWSKI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 08 C 3780 |
| CITY OF DES PLAINES, Illinois, a Municipal corporation; DES PLAINES BOARD OF FIRE & POLICE COMMISSIONERS, a municipal corporation; JAMES PRANDINI, individually, and as Chief of Police for City of Des Plaines, | ) ) Judge James B. Zagel ) ) Magistrate Judge Denlow ) ) ) |
| Defendants. | ) |

**MOTION TO VACATE TECHNICAL DEFAULTS AND FOR THE SETTING OF A DATE FOR THE FILING OF THE ADMINISTRATIVE RECORD BY THE DES PLAINES BOARD OF FIRE AND POLICE COMMISSIONERS**

The Defendant, Des Plaines Board of Fire and Police Commissioners, by and through its attorney, Charles E. Hervas, of HERVAS, CONDON & BERSANI, P.C., respectfully moves this Court to vacate technical defaults and set a date for the filing of the Administrative Record in this matter. In support of this motion, the Defendant states as follows:

1. In Count V of Plaintiff's Complaint, Plaintiff seeks administrative review of his employment termination pursuant to the Illinois Administrative Review Act (735 ILCS § 5/3-101 *et seq*).

2. Pursuant to 735 ILCS § 5/3-108(b), the answer of the Board shall consist of the Record of Proceedings before the administrative body. The Record of Proceedings before the Des Plaines Fire and Police Commission is voluminous and contains the hearing transcripts, exhibits, and pleadings relating to the Board's ultimate determination to sustain the charges

against the Plaintiff and to order the Plaintiff's termination of employment from the Des Plaines Police Department.

3.  The co-defendants have moved this Court for an order to vacate any technical defaults and for an extension of time to answer or otherwise plead to the Plaintiff's complaint. Likewise, the Des Plaines Board of Fire and Police Commissioners also requests that the Court vacate any technical defaults against it.

WHEREFORE, the Defendant, Des Plaines Board of Fire and Police Commissioners, respectfully request that this Court vacate any technical defaults against the Des Plaines Board of Fire and Police Commissioners and to set a date for the filing of the administrative record.

s/**CHARLES E. HERVAS**
Charles E. Hervas, Atty Bar Number 06185117
Attorney for Defendant Des Plaines Board of Fire & Police Commissioners
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
chervas@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DICK V. LALOWSKI, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) |
| CITY OF DES PLAINES, Illinois, a Municipal corporation; DES PLAINES BOARD OF FIRE & POLICE COMMISSIONERS, a municipal corporation; JAMES PRANDINI, individually, and as Chief of Police for City of Des Plaines, | ) Case No. 08 C 3780 ) ) Judge James B. Zagel ) ) Magistrate Judge Denlow ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, I electronically filed the foregoing *Motion to Vacate Technical Defaults and for the Setting of a Date for the Filing of the Administrative Record by the Des Plaines Board of Fire and Police Commissioners* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

**TO:**  Ellen K. Emery
Lucy B. Bednarek
Ancel Glink Diamond Bush
DiCianni & Krafthefer PC
140 South Dearborn Street
Sixth Floor
Chicago, IL 60603

Richard J. Reimer
Keith A. Karlson
Richard J. Reimer & Associates LLC
15 Spinning Wheel Road
Suite 310
Hinsdale, IL 60521

<u>s/Charles E. Hervas</u>
CHARLES E. HERVAS, Atty Bar No. 06185117
Attorney for Defendant Des Plaines Board of Fire & Police Commissioners
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
chervas@hcbattorneys.com

3