IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DICK V. LALOWSKI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF DES PLAINES, Illinois, a<br>Municipal corporation; DES PLAINES<br>BOARD OF FIRE & POLICE<br>COMMISSIONERS, a municipal corporation;<br>JAMES PRANDINI, individually, and as Chief<br>of Police for City of Des Plaines,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08 C 3780<br>)<br>) Judge James B. Zagel<br>)<br>) Magistrate Judge Denlow<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 26th day of August 2008, at 10:15 a.m., I shall appear before the Honorable James B. Zagel, or anyone sitting in his stead, in the courtroom where he usually presides, Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present, *Motion to Vacate Technical Defaults and for the Setting of a Date for the Filing of the Administrative Record by the Des Plaines Board of Fire and Police Commissioners*, a copy of which are attached hereto and herewith served upon you.

　　　　　　　　　　　　　　　　　　s/Charles E. Hervas
　　　　　　　　　　　　　　　　　　CHARLES E. HERVAS, Atty Bar No. 06185117
　　　　　　　　　　　　　　　　　　Attorney for Defendant Des Plaines Board of Fire &
　　　　　　　　　　　　　　　　　　Police Commissioners
　　　　　　　　　　　　　　　　　　HERVAS, CONDON & BERSANI, P.C.
　　　　　　　　　　　　　　　　　　333 Pierce Road, Suite 195
　　　　　　　　　　　　　　　　　　Itasca, IL 60143-3156
　　　　　　　　　　　　　　　　　　Phone: 630-773-4774
　　　　　　　　　　　　　　　　　　Fax: 630-773-4851
　　　　　　　　　　　　　　　　　　chervas@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DICK V. LALOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Case No. 08 C 3780 <br> CITY OF DES PLAINES, Illinois, a ) <br> Municipal corporation; DES PLAINES ) Judge James B. Zagel <br> BOARD OF FIRE & POLICE ) <br> COMMISSIONERS, a municipal corporation; ) Magistrate Judge Denlow <br> JAMES PRANDINI, individually, and as Chief ) <br> of Police for City of Des Plaines, ) <br> ) <br> Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, I electronically filed the foregoing *Notice of Motion* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

**TO:**  Ellen K. Emery  
Lucy B. Bednarek  
Ancel Glink Diamond Bush  
DiCianni & Krafthefer PC  
140 South Dearborn Street  
Sixth Floor  
Chicago, IL 60603  

Richard J. Reimer  
Keith A. Karlson  
Richard J. Reimer & Associates LLC  
15 Spinning Wheel Road  
Suite 310  
Hinsdale, IL 60521  

s/Charles E. Hervas
CHARLES E. HERVAS, Atty Bar No. 06185117
Attorney for Defendant Des Plaines Board of Fire & Police Commissioners
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
chervas@hcbattorneys.com

2