UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dick V. Lalowski
                           Plaintiff,

v.                                                      Case No.: 1:08−cv−03780
                                                          Honorable James B. Zagel

City of DesPlaines, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motions to vacate technical defaults [14][16] are granted. Defendants City of Des Plaines and James Prandini answers due 9/11/2008. Administrative record by the Des Plaines Board of Fire and Police commissioners deadline set for 9/25/2008. Status hearing set for 10/2/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.